Jolene F. LaVigne-Albert
Associate

jlavignealbert@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

April 19, 2021

**BY ECF**

The Honorable Vincent L. Briccetti
United States District Judge
300 Quarropas Street
Southern District of New York
White Plains, NY 10601-4150

Re:   *U.S. v. Patrycja Wojtowicz, 19 Cr. 434 (VB) – Travel Request*

Dear Judge Briccetti:

I am counsel to defendant Patrycja Wojtowicz in the above captioned matter.  I write to request permission for Ms. Wojtowicz to travel outside of the districts provided in her conditions of release (namely the Southern and Eastern districts of New York and the district of New Jersey).

Specifically, Ms. Wojtowicz requests permission to travel to Shelburne Falls, Massachusetts, from May 12, 2021 through May 21, 2021 to attend a silent meditation retreat at the Vipassana Meditation Center (https://www.dhara.dhamma.org/).  Ms. Wojtowicz has attended this retreat several times in the past.  Your Honor last granted her permission to attend the retreat in the fall of 2020 (ECF Doc. No. 25).  She did attend the retreat in November 2020 per the Court's prior permission, but volunteered to help in the kitchen, serve food, and other tasks, such that she was only able to practice meditation for half of her time there.  She is now planning on attending the retreat in May 2021 solely as a participant.

The Government consents to this request.

Sincerely,

*Jolene LaVigne-Albert*

Jolene F. LaVigne-Albert