Jolene F. LaVigne-Albert
Associate

jlavignealbert@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

April 29, 2022

**BY ECF**
The Honorable Vincent L. Briccetti
United States District Judge
300 Quarropas Street
Southern District of New York
White Plains, NY 10601-4150

Re:   <u>**U.S. v. Patrycja Wojtowicz, 19 Cr. 434 (VB)**</u>

Dear Judge Briccetti:

We represent defendant Patrycja Wojtowicz in the above captioned matter. Ms. Wojtowicz is scheduled to be sentenced on June 9, 2022. I write to request a short adjournment of Ms. Wojtowicz's sentencing. The government consents to this request.

The reason we seek this adjournment is because defendant Gabriel Letizia will be sentenced on May 18, 2022, before Judge Karas (19-CR-548). Letizia was the owner and executive director of the laboratory where Ms. Wojtowicz was employed. He is charged with having directed the fraudulent conduct at issue in his and Ms. Wojtowicz's case. For that reason, we believe it is necessary to adjourn Ms. Wojtowicz's sentence to a later date that would allow sufficient time for the government, the defense and the probation office to take into account Letizia's sentence in the various sentencing submissions regarding Ms. Wojtowicz.

We suggest an adjournment to August 8, 11 or 12, 2022. Both the defense and the government are available on those dates, and we understand that the Court may also have availability on those dates. We would like to avoid a long adjournment, but unfortunately it seems that an adjournment to late June or July would not be possible given counsel and the court's prior engagements.

Sincerely,

Jolene F. LaVigne-Albert

---

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 4/29/22
White Plains, NY

Sentencing re-scheduled to: 8/11/2022 at 2:00 p.m.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/22