Jolene F. LaVigne-Albert
Counsel

jlavignealbert@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

April 29, 2022

<u>**BY ECF**</u>
The Honorable Vincent L. Briccetti
United States District Judge
300 Quarropas Street
Southern District of New York
White Plains, NY 10601-4150



Re:    <u>*U.S. v. Patrycja Wojtowicz, 19 Cr. 434 (VB)*</u>

Dear Judge Briccetti:

We represent defendant Patrycja Wojtowicz in the above captioned matter.  I write as a follow up to the letter motion we just filed seeking an adjournment of Ms. Wojtowicz's sentencing from June 9, 2022 to August 2022.  I write again to seek a corresponding adjournment of the probation office's final disclosure date, which is currently set to May 18, 2022.  The government consents to this request.

Sincerely,

*Jolene LaVigne-Albert*

Jolene F. LaVigne-Albert

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 5/2/2022
White Plains, NY