Case 7:19-cr-00434-VB Document 56 Filed 02/07/23 Page 1 of 1

Case 7:19-cr-00434-VB Document 55 Filed 02/07/23 Page 1 of 1

Jolene F. LaVigne-Albert
Partner

212-612-0685
jlavignealbert@schlamstone.com

**Schlam Stone & Dolan LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400  Fax: 212 344-7677
schlamstone.com



RECEIVED FEB 07 2023
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

February 7, 2023

**BY ECF**
The Honorable Vincent L. Briccetti
United States District Judge
300 Quarropas Street
Southern District of New York
White Plains, NY 10601-4150

Re: <u>**U.S. v. Patrycja Wojtowicz, 19 Cr. 434 (VB) – Travel Request**</u>

Dear Judge Briccetti:

We are counsel to defendant Patrycja Wojtowicz in the above captioned matter. Ms. Wojtowicz was sentenced to time served and three years of supervised release in August 2022. I write to request permission for Ms. Wojtowicz to travel internationally in April 2023.

Ms. Wojtowicz's supervised release has been without issue, and she was transferred to a low intensity supervision unit. Ms. Wojtowicz's probation officer, Andrew Leung, indicated that Court permission is required for international travel, but that Probation has no objection to the proposed trip. Ms. Wojtowicz's ~~intentions would be~~ to travel to Poland with her husband in mid-April 2023, and to remain in Poland for about ten days. The purpose of this trip would be to visit family and friends.

The Government does not object to this request and defers to Probation.

Sincerely,

Jolene F. LaVigne-Albert

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 2/7/23
White Plains, NY

Travel to Poland is permitted. Defendant shall provide her travel itinerary to her probation officer.