Jolene F. LaVigne-Albert
Partner

jlavignealbert@schlamstone.com

Schlam Stone & Dolan LLP
26 Broadway, New York, NY 10004
Main: 212 344-5400  Fax: 212 344-7677
schlamstone.com

April 2, 2024

BY ECF
Hon. Vincent L. Briccetti
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States of America v. Patrycja Wojtowicz*, 7:19-cr-00434 (VB)

Dear Judge Briccetti:

We represent defendant Patrycja Wojtowicz in the above-captioned action.

On August 11, 2022, this Court sentenced Ms. Wojtowicz to time served with three years of supervised release. Ms. Wojtowicz's supervised release has been without issue and she was transferred by the Probation Office to the Low Intensity Caseload (LIC). We are writing to request permission for Ms. Wojtowicz to travel to Poland to visit her family, from May 3, 2024 through May 13, 2024. This may be Ms. Wojtowicz's last opportunity to see her grandmother, as her health is rapidly declining.

The Court granted Ms. Wojtowicz's request to travel to Poland to visit her family last year (Dkt. 56) and the trip took place without any issue. Ms. Wojtowicz has provided to Probation the details of her trip. Both Probation and the assigned AUSA have confirmed that they have no objection to this travel request. (*See* Exs. A and B.)

Respectfully Submitted,

*/s/ Jolene LaVigne-Albert*

Jolene F. LaVigne-Albert

---

APPLICATION GRANTED
SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 4/3/2024
White Plains, NY

Travel to Poland from 5/3/24 to 5/13/24 permitted. Defendant to provide travel itinerary to Probation Officer at least 72 hours prior to travel.